UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK NAM,

                     Plaintiff,

          -against-

ANONIE LLC,

                     Defendant.

23-CV-5577 (JGLC)

**DEFAULT JUDGMENT**

JESSICA G. L. CLARKE, United States District Judge:

    WHEREAS this matter came before the Court on the application of Plaintiff Patrick Nam ("Plaintiff") for entry of a default judgment against Defendant Anonie LLC ("Defendant") under Rule 55(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2.

    WHEREAS Plaintiff filed his application for entry of default judgment seeking $30,000 in statutory damages for copyright infringement, $1,080.00 in attorneys' fees, and $440.00 in costs.

    WHEREAS, Defendant has not filed any opposition to Plaintiff's application for default judgment. The Court scheduled a hearing for Plaintiff's application for December 18, 2023, and Defendant failed to appear.

    THEREFORE, IT IS ADJUDGED AND ORDERED that Plaintiff's application for entry of default judgment is GRANTED pursuant to Fed. R. Civ. P. 55(b)(2); it is

    FURTHER ORDERED that the Court declares that Defendant violated Plaintiff's exclusive rights under 17 U.S.C. § 106 of the Copyright Act by engaging in unauthorized copying of Plaintiff's registered work; it is

    FURTHER ORDERED, that Defendant shall pay post-judgment interest under 28 U.S.C.A. § 1961; it is

FURTHER ORDERED that this Court retains jurisdiction over any matter pertaining to this judgment; and it is

FURTHER ORDERED that this case is dismissed, and the Clerk of the Court shall remove it from the docket of the Court.

This is a final appealable order. *See* Fed. R. App. P. 4(a).

Dated: December 18, 2023
New York, New York

SO ORDERED.

*Jessica Clarke*
_____
JESSICA G. L. CLARKE
United States District Judge