UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRIC NAM,<br><br>                Plaintiff,<br><br>      -against-<br><br>ANONIE LLC,<br><br>              Defendant. | 23-CV-5577 (JGLC)<br><br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On February 25, 2026, Defendant filed a motion to vacate default judgment in this case. *See* ECF No. 27. It is HEREBY ORDERED that the parties shall appear for a conference in front of the Court on April 21, 2026, at 11:00 AM. The conference will be held remotely by Microsoft Teams. Counsel will receive Microsoft Teams log-in credentials at the email addresses listed on the docket. The public listen-only line may be accessed by dialing: 646-453-4442 | Access Code: 352791089#.

Dated:  March 30, 2026
       White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge