UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

| | |
|---|---|
| PATRICK NAM,<br><br>                    Plaintiff,<br><br>          -against-<br><br>ANONIE LLC,<br><br>                    Defendant. | Case No. 1:23-cv-05577-JCLC<br>Hon. Jessica G.L. Clarke<br><br><br>**DEFENDANT'S LETTER MOTION TO ADJOURN THE CONFERENCE SCHEDULED FOR APRIL 21, 2026 AT 11:00 AM** |

Dear Judge Clarke:

On March 30, 2026, this Court ordered the parties to appear remotely at a conference on April 21, 2026 at 11:00 AM [Dkt. 36].

Unfortunately, counsel for Defendant has a prior scheduled surgery on the morning of April 21, 2026 and cannot appear at the conference. Defendant has had no prior requests for adjournment.

Plaintiff consents to an adjournment and the parties request that the conference be adjourned to April 23, 29 or 30, 2026.

April 1, 2026

Application GRANTED. The Court HEREBY ADJOURNS the conference scheduled for April 21, 2026, to **April 23, 2026 at 11:00 AM**. The Court wishes counsel a quick recovery. The Clerk of Court is directed to terminate ECF No. 37.

Respectfully submitted,

/s/ Raymond J. Markovich
Raymond J. Markovich, Esq. (RM0919)
351 Westbourne Drive
West Hollywood, CA 90048
M: 323-401-8032
rjmarkovich@me.com

*Attorney for Defendant Anonie LLC*

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: April 2, 2026
       White Plains, New York